THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* THOMAS McCORMACK, Appellant.

Argued December 4, 1951; decided January 17, 1952.

*Joseph F. Clements* for appellant.

*Frank S. Hogan, District Attorney (Charles W. Manning* and *Richard G. Denzer* of counsel), for respondent.

Judgment affirmed under section 542 of the Code of Criminal Procedure; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.